**Kevin Earnest COX, Petitioner–**
**Appellant,**

v.

**Ronald J. ANGELONE, Director of the**
**Department of Corrections,**
**Respondent–Appellee.**

**No. 01–7323.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 24, 2001.

Decided Nov. 13, 2001.

Kevin Earnest Cox, pro se. Stephen R. McCullough, Assistant Attorney General, Richmond, VA, for appellee.

**226**

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Kevin Earnest Cox seeks to appeal the magistrate judge's* order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. *See Cox v. Angelone*, No. CA–00–778–2 (E.D.Va. July 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* Pursuant to 28 U.S.C. § 636(c) (1994), Cox waived his right to proceed before a United States district judge and consented to have a United States magistrate judge conduct all proceedings in this case.